OCCIDENTAL REALTY COMPANY, Respondent, *v.* WASHINGTON PALMER, Appellant.

*Occidental Realty Co.* v. *Palmer,* 117 App. Div. 505, affirmed.
(Submitted June 9, 1908; decided September 29, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 19, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover for an alleged breach of a contract to convey real property and for the foreclosure of a vendee's lien.

*Isaac N. Miller* for appellant.

*Leo G. Rosenblatt, M. S. Isaacs* and *I. S. Isaacs* for respondent.

Judgment affirmed, with costs, on authority of *Elterman* v. *Hyman* (192 N. Y. 113); no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.